# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.

Ryan Rielly

*Defendant*

Case No.: 4:18CR00466-21 BSM

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Ryan Rielly**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy - PWID meth. 21 USC 846, as further explained in the attached documents.**

Date: September 6, 2018

*Issuing officer's signature*

City and state:   Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9-13-18, and the person was arrested on *(date)* 9-13-18
at *(city and state)* Little Rock, Arkansas.

Date: 9-17-18

*Arresting officer's signature*

SA Matt Newcomb
*Printed name and title*