FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2018

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:18-cr-00466 BSM |
| | ) | |
| RYAN RIELLY | ) | **EX PARTE** |
| | ) | **UNDER SEAL** |

## MOTION FOR REVOCATION AND REQUEST FOR WARRANT

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, moves to revoke defendant Ryan Rielly's pretrial release and, in support of its motion, states:

1. Defendant was indicted on September 5, 2018, and released on bond with conditions on September 17, 2019. Trial is set for May 20, 2019.

2. Among the conditions of bond was the requirement that the defendant not commit any violations of state, local or federal law, must not use or possess any controlled substances, submit to supervision and report for supervision to the U.S. Probation Office, must submit to drug testing as requested by his supervising officer, participate in drug treatment as required by his supervising officer, and maintain regular contact and report to his supervising probation officer.

3. The defendant was initially released on bond conditions that included residential treatment at RCA, to be followed by chemical-free living. On September 20, 2018, the defendant's supervising officer was contacted by RCA staff members, who advised that Rielly was discharged due to disrespecting staff, failure to comply with treatment, and being found with a package of cigarettes in his room.

1

4. At the time, the United States did not seek revocation because the defendant self-initiated entry into short-term treatment at The BridgeWay in North Little Rock. On September 25, 2018, the defendant called his officer to advise he was released from The BridgeWay and was making arrangements to enter another treatment facility at Crowley's Ridge.

5. On September 28, 2018, the defendant submitted a urine specimen and an admission form was signed stating he used methamphetamine on September 21, 2018, after he was discharged from RCA, and again on September 23, 2018, while he was at The BridgeWay.

6. On October 2, 2018, the defendant submitted a urine specimen and an admission form was signed stating he used methamphetamine on October 1, 2018.

7. On October 31, 2018, the defendant reported to probation as directed. He completed residential treatment at Crowley's Ridge on this date. The defendant was directed to report to chemical free living at Joshua's House in Benton. On November 1, 2018, the defendant's supervising officer was contacted by the Joshua's House staff, who advised that the defendant packed all belongings and left during the night. The defendant's supervising officer made contact with staff member Larry Hill, who stated the defendant failed an initial drug screen for methamphetamine. The defendant told Hill that he was prescribed Adderall, which, even if true, has not been reported to probation. When Hill checked on the defendant in the morning, Rielly was gone.

8. The defendant contacted his supervising officer on November 1, 2018. He was instructed to report to the probation office at 4:30 p.m. that day for a drug screen. He did not report as instructed, and his current whereabouts are unknown.

**THEREFORE**, based on the defendant's continued violations of pretrial release as described above, the United States moves that a warrant for the defendant be issued and the defendant be brought before this court to show cause why his conditions of release should not be revoked.

                                              CODY HILAND
                                              United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
501-340-2619
Chris.Givens@usdoj.gov