# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.   NO. 4:18CR00466-21 BSM

**RYAN RIELLY**

## DETENTION ORDER

The Defendant appeared with counsel on November 15, 2018 for a pre-trial bond revocation hearing.  Following witness testimony and argument from the parties, the Court finds by clear and convincing evidence that Defendant violated conditions of release, and it is unlikely that any condition or combination of conditions will prevent Defendant from violating conditions of release.  Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 15th day of November, 2018.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE