AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1

## UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 9 2023

TAMMY H DOWNS, CLERK
By:_____
                      DEP CLERK

|                                     |   |                                                      |
|-------------------------------------|---|------------------------------------------------------|
| UNITED STATES OF AMERICA            | ) | **JUDGMENT IN A CRIMINAL CASE**                      |
| v.                                  | ) | (For **Revocation** of Probation or Supervised Release) |
| RYAN RIELLY                         | ) |                                                      |
|                                     | ) | Case No.  4:18-CR-00466-BSM-21                       |
|                                     | ) | USM No. 32177-009                                    |
|                                     | ) | Toney Brasuell                                       |
|                                     | ) | Defendant's Attorney                                 |

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   **1, 3-6**   of the term of supervision.

☐  was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|------------------|---------------------|-----------------|
| 1 - Mandatory (1) | You must not commit another federal, state, or local crime. | 06/01/2022 |
| 2 - Mandatory (2) | You must not unlawfully possess a controlled substance. | 06/01/2022 |

        The defendant is sentenced as provided in pages 2 through   **4**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s)   **2**   and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8526

Defendant's Year of Birth:    1990

City and State of Defendant's Residence:
Mabelvale, Arkansas

_____01/05/2023_____
Date of Imposition of Judgment

_____
Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

_____1/9/2023_____
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

| | Judgment—Page | 2 | of | 4 |

DEFENDANT: RYAN RIELLY
CASE NUMBER: 4:18-CR-00466-BSM-21

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 3 - Mandatory (3) | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | 03/31/2022 |
| 4 - Special (14) | You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The prorgram may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived. | 05/03/2022 |
| 5 - Special (15) | You must participate in a mental health treatment program under the guidance and supervision of the probation office. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived. | 05/03/2022 |
| 6 - Standard (2) | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. | 10/04/2022 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page   3   of   4  

DEFENDANT: RYAN RIELLY
CASE NUMBER: 4:18-CR-00466-BSM-21

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
SIXTY (60) MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

Imprisonment recommended at Texarkana FCI.
If defendant qualifies, participation in RDAP recommended.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before noon on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 3 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT:  RYAN RIELLY
CASE NUMBER:  4:18-CR-00466-BSM-21

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

   **NONE**

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.